IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENDA RHOADES**                                                     **PLAINTIFF**

v.                         Case No. 4:22-cv-00111-KGB

**DOLGENCORP, LLC**
d/b/a Dollar General #7238                               **DEFENDANT**

## ORDER

Before the Court is plaintiff Brenda Rhoades and defendant Dolgencorp, LLC's stipulation of dismissal with prejudice (Dkt. No. 9). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal with prejudice. The Court dismisses this case with prejudice, without an award of attorneys' fees, expenses, or costs to any party.

It is so ordered this 6th day of December, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge